MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN WALKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | CASE NO.: 2:24-cv-01956-DMC<br><br>ORDER |

  The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file his motion for summary judgment to November 21, 2024.

  Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel has several competing deadlines at the end of October and beginning of November, as well as personal obligations with her family, and requires an additional 30 days to prepare the motion for summary judgment in this case.

  On October 9, 2024, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE: October 9, 2024             Respectfully submitted,

By:     /s/ Margaret Lehrkind
         Margaret Lehrkind
         SBCA # 314717
         2625 Alcatraz Ave, # 208
         Berkeley, CA 94705
         Tel: 510-590-1907
         Margaret@LehrkindLawOffice.com

By:     /s/ Justin Lane Martin
         Office of the General Counsel, SSA
         Office of Program Litigation, Office 7
         Social Security Administration
         6401 Security Boulevard
         Baltimore, MD 21235
         510-970-4808
         Email: Justin.L.Martin@ssa.gov

**The parties' stipulation is approved. IT IS SO ORDERED:**

Dated: October 11, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE