PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SHERMAN WALKER,

     Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

Civil No. 2:24-cv-01956-DMC

STIPULATION AND ORDER FOR
EXTENSION OF TIME

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, with this Court's approval, to extend the time by 30 days, from December 23, 2024, to

January 22, 2025, for the Commissioner to file her Cross-Motion for Summary Judgment.

Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's

Cross-Motion.

    This is the Commissioner's first request for an extension of time.  Plaintiff does not

oppose the requested extension.

    The undersigned counsel for the Commissioner respectfully submits that good cause exists

for the requested extension.  Due to ongoing staffing fluctuations and organizational changes,

1  counsel for the Commissioner has been tasked with additional duties including serving as a

2  jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys,

3  and handling more cases, including the instant case, which was recently reassigned to her.  For

4  these reasons, despite diligent efforts to manage her workload, counsel for the Commissioner

5  needs an extension in the instant case to review the administrative record, consider the issues that

6  Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-

7  Motion.

8                                                      Respectfully submitted,

9   Dated: December 16, 2024                LEHRKIND LAW OFFICE

10                                           By:*/s/ Margaret Lehrkind**
                                                 MARGARET LEHRKIND
12                                               Attorneys for Plaintiff
                                                 [*As authorized by e-mail on Dec. 16, 2024]
13

14  Dated: December 30, 2024                PHILLIP A. TALBERT
                                             United States Attorney
15                                           MATHEW W. PILE
                                             Associate General Counsel
16                                           Office of Program Litigation, Office 7

17                               By:         */s/ Margaret Branick-Abilla*
                                             MARGARET BRANICK-ABILLA
18                                           Special Assistant United States Attorney
19                                           Attorneys for Defendant

20

21                                    **ORDER**

22          Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-

23  Motion for Summary Judgment shall be due on January 22, 2025, and Plaintiff's optional reply

    shall be due within 14 days after the filing of the Commissioner's Cross-Motion.
24

25   Dated:  December 30, 2024

26                                           _____

27
                                             DENNIS M. COTA
28                                           UNITED STATES MAGISTRATE JUDGE