PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN WALKER,<br><br>   Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Civil No. 2:24-cv-01956-DMC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 3, 2025

LEHRKIND LAW OFFICE

By: /s/ Margaret Lehrkind*
MARGARET LEHRKIND
Attorneys for Plaintiff
[*As authorized by e-mail on Jan. 3, 2025]

Dated: January 3, 2025

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: /s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 3, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE